UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YUL D. DORN, et al.,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., et al.,

    Defendants.

Case No. 15-cv-00237-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 13

    Plaintiffs have filed a stipulation of voluntary dismissal of this action dated January 30, 2015. ECF No. 13. Because Plaintiffs filed the notice of dismissal before Defendants served an answer or a motion for summary judgment, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    This case has been dismissed without prejudice. The Clerk shall close the file.

    **IT IS SO ORDERED**.

Dated: January 30, 2015

_____
JON S. TIGAR
United States District Judge